UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD AND DEBORAH KEAL,

  Plaintiffs,

  v.

STATE OF WASHINGTON *et al.*,

  Defendants.

Case No. C05-5737RJB

ORDER TO AMEND

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiffs are proceeding *in forma pauperis.* (Dkt. # 4). The complaint names the State of Washington, the Department of Corrections, eleven department of corrections employees by name, and ninety-nine John or Jane Does. While plaintiff alleges violations of numerous constitutional rights there are no operative facts showing how any named or unnamed defendant acted. (Dkt. # 5). The document violates Fed. R. Civ. P. 8 (a) and (e)(1). Plaintiffs are **ORDERED** to file an amended complaint.

The new complaint will act as a complete substitute for the original. Plaintiffs have until **January 9th, 2006** to file the amended complaint.  Failure to cure the defects in the original complaint will result in a Report and Recommendation that this action be dismissed for failure to

ORDER - 1

1 state a claim.

2 The clerk is directed to send a copy of this order to plaintiff and to note the **January 9th,**
3 **2006** due date on the court's calendar.

5 DATED this 8th day of December, 2005.

8                                      */S/ J. Kelley Arnold*
                                     J. Kelley Arnold
9                                      United States Magistrate Judge

28 ORDER - 2