UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD AND DEBORAH KEAL,

    Plaintiffs,

    v.

STATE OF WASHINGTON *et al.*,

    Defendants.

Case No. C05-5737RJB

ORDER ON PLAINTIFF'S MOTION TO AMEND

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiffs are proceeding *in forma pauperis.* (Dkt. # 4). Before the court is plaintiff's motion to amend. (Dkt. # 94).

    Plaintiff has already amended the complaint and defendants have answered.. Thus leave of court is needed to file any further amendment. See, Fed. R. Civ. P 15 (a). Plaintiffs do not provide a proposed amended complaint or state why amendment is needed. The motion is **DENIED.**

    The clerk is directed to send a copy of this order to plaintiff and to note the **January 9th, 2006** due date on the court's calendar.

    DATED this 21st day of April, 2006.

                                     */S/ J. Kelley Arnold*
                                     J. Kelley Arnold
                                     United States Magistrate Judge

ORDER - 1