UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD AND DEBORAH KEAL,

Plaintiffs,

v.

STATE OF WASHINGTON *et al.*,

Defendants.

Case No. C05-5737RJB

ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiffs are proceeding *in forma pauperis*. (Dkt. # 4). Before the court is plaintiff's motion for an extension of time. (Dkt. # 93).

Plaintiff asks for an additional 30 to 45 days to respond to defendant Phyllis Ellis's answer, interrogatories and requests for production, and request for statement of damages. (Dkt. # 93).

The court notes that the Federal Rules of Civil Procedure do not require a response to an answer. The remaining documents are all part of discovery. Plaintiff brings the motion pursuant to Fed. R. Civ P. 29. This rule involves stipulations between the parties. Further, Local Rule 32 mandates a conference between the parties prior to filing discovery motions. The motion is **DENIED.**

The clerk is directed to send a copy of this order to plaintiff and defendants who have appeared.

DATED this 21st day of April, 2006

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 1