UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD AND DEBORAH KEAL,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>Defendants. | Case No. C05-5737RJB<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DENYING MOTIONS FOR DEFAULT |

The Court, having reviewed the file, the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 122), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motions for default (Dkt. 90, 95, 108 and 109) are **DENIED.**

(3) Clerk is directed to send copies of this order to plaintiffs, to counsel for any defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 26th day of May, 2006.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge

ORDER - 1