Exhibit 1

1

THE HONORABLE ROBERT J. BRYAN
MAGISTRATE JUDGE J. KELLEY ARNOLD

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

8

9  | RONALD and DEBORAH KEAL,

NO.  C05-5737RJB

10 |             Plaintiffs,

DECLARATION OF DEVON SCHRUM

11 |    v.

12 | THE STATE OF WASHINGTON, *et al.*,

13 |             Defendants.

14

15      I, DEVON SCHRUM, make the following declaration:

16      1.      I have knowledge of the facts herein, am over eighteen years of age, and am

17 competent to testify to such facts.  I am not a Defendant in this lawsuit.

18      2.      I am the Acting Grievance Program Manager in the Office of Correctional

19

20 Operations, Washington State Department of Corrections (DOC), Olympia, Washington.  My

21 official duties include responding to questions regarding the inmate grievance program

22 statewide, reviewing grievances appealed to Level III, reporting to courts and Department of

23 Corrections officials on the status of the grievance program, and other duties related to this

24 program.  I have held this position since April 10, 2006.

25

26

DECLARATION OF DEVON SCHRUM -
C05-5737RJB

1

1          3.      The Washington Offender Grievance Program (OGP) has been in existence since

2    the early 1980's and was implemented on a department-wide basis in 1985.

3          4.      Under Washington's grievance system, an offender may file a grievance over a

4    wide range of aspects of his/her incarceration.   Inmates may file grievances challenging 1)

5    Department of Corrections institution policies, rules and procedures; 2) the application of such

6    policies, rules and procedures; 3) the lack of policies, rules or procedures that directly affect the

7    living conditions of the offender; 4) the actions of staff and volunteers; 5) the actions of other

8    offenders; 6) retaliation by staff for filing grievances; and 7) physical plant conditions.   An

9    offender may not file a grievance challenging 1) state or federal law; 2) court actions and

10   decisions; 3) Indeterminate Sentence Review Board actions and decisions; 4) administrative

11   segregation placement or retention; 5) classification/unit team decisions; 6) transfers; 7)

12   disciplinary actions; and several other aspects of incarceration.

13

14         5.      The Washington grievance system provides a wide range of remedies available to

15   inmates.   These remedies include 1) restitution of property or funds; 2) correction of records; 3)

16   administrative actions; 4) agreement by department officials to remedy an objectionable condition

17   within a reasonable time; and 5) a change in a local or department policy or procedure.

18

19         6.      The grievance procedure consists of four levels of review:

20         Level 0 - Complaint or informal level. The grievance coordinator at the prison receives a

21   written complaint from an offender on an issue about which the offender wishes to pursue a

22   formal grievance. At this complaint level, the grievance coordinator pursues informal resolution,

23   returns the complaint to the offender for rewriting, returns the complaint to the offender

24   requesting additional information, returns the complaint to the offender because it is a non-

25

26

DECLARATION OF DEVON SCHRUM -          2

1   grievable issue, or accepts the complaint and processes it as a formal grievance. Routine and

2   emergency complaints accepted as formal grievances begin at Level I, complaints alleging staff

3   misconduct are initiated at Level II.

4

       Level I - Grievances against policy, procedure, or other offenders, and grievances

5

6   processed as emergencies. The local grievance coordinator is the respondent at this level.

7        Level II - Appeal. Offenders may appeal Level I grievances to this level. Staff conduct

8   grievances are initiated at this level. All appeals and initial grievances received at Level II are

9   investigated, with the prison superintendent being the respondent.

10        Level III - Appeal. Offenders may appeal all Level II responses except emergency

11   grievances to Department headquarters in Olympia, where they are reinvestigated. Administrators

12

13   are the respondents.

14      7.    When offenders appeal a grievance through Level III, they have exhausted the

15   grievance process. When offenders abandon a grievance before appealing through Level III, they

16   have not exhausted the grievance process.

17      8.    Ronald Keal, DOC # 945319, is a Washington State inmate currently incarcerated

18   at the Washington State Penitentiary (WSP) in Walla Walla, Washington.

19

     9.    Mr. Keal filed one hundred and eight (108) separate grievances between May 25,

20

21   2003, and January 4, 2006. A true and correct copy of Mr. Keal's grievance history is attached to

22   this declaration as Attachment A.

23      10.    It is my understanding Mr. Keal's complaint raises claims pertaining to medical

24   treatment received or denied by staff, excessive use of force by staff, denial of religious diet and

25   other religious rights, denial of legal access, retaliation and harassment by staff, slurs by staff, and

26

DECLARATION OF DEVON SCHRUM -      3
C05-5737RJB

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

1  denial of visiting privileges.    All of these issues are grievable under the Department of

2  Corrections' grievance system.

3       11.    It is my understanding that Mr. Keal's complaint also raises claim pertaining to his

4  placement in segregation or on intensive management status, arbitrary disciplinary infractions and

5

6  hearings, and failure to properly investigate grievances.  Those issues are not grievable through

7  the Department of Corrections' grievance system, as they all have their own appeal system.

8       12.    I have reviewed Department of Corrections' official grievance records

9  concerning Mr. Keal, and I have determined he exhausted the grievance process on thirty-six

10 grievances between May 25, 2003, and January 4, 2006.

11      13.    On August 19, 2003, Mr. Keal filed a grievance, # 0316759, against Allen

12 Hayter for staff misconduct and medical indifference.  Mr. Keal alleged that he was denied a

13

14 snack that he believed was required to treat hypoglycemia.  Mr. Keal completed the grievance

15 process on Grievance # 0316759.

16      A true and correct copy of Grievance # 0316759 is attached to this Declaration

17 as Attachment B.

18      14.    On August 25, 2003, Mr. Keal filed a grievance, # 0317388, against Officer

19 Brown for staff misconduct and denial of legal access.  Mr. Keal alleged that he was told to

20 reduce his legal paperwork to two boxes.  Mr. Keal completed the grievance process on

21

22 Grievance # 0317388.

23      A true and correct copy of Grievance # 0317388 is attached to this Declaration

24 as Attachment C.

25

26

DECLARATION OF DEVON SCHRUM -              4              ATTORNEY GENERAL OF WASHINGTON
C05-5737RJB                                               Criminal Justice Division
                                                         West 1116 Riverside Avenue
                                                         Spokane, WA 99201-1194
                                                         (509) 456-3123

1    15.    On September 11, 2003, Mr. Keal filed a grievance, # 0318770, against Officer

2    Prose for staff misconduct, denial of legal access, and retaliation. Mr. Keal alleged that he was

3    not allowed to go to the law library on September 7, 2003. Mr. Keal completed the grievance

4    process on Grievance # 0318770.

5

6    A true and correct copy of Grievance # 0318770 is attached to this Declaration

7    as Attachment D.

8    16.    On September 4, 2003, Mr. Keal filed a grievance, # 0318845, against Sergeant

9    Zavodny for staff misconduct and intimidation. Mr. Keal alleged that Sergeant Zavodny spoke

10   to him in an intimidating manner, used a threatening tone, and made intimidating statements.

11   Mr. Keal completed the grievance process on Grievance # 0318845.

12

13   A true and correct copy of Grievance # 0318845 is attached to this Declaration

14   as Attachment E.

15   17.    On February 17, 2004, Mr. Keal filed a grievance, # 0403488, against Officers

16   Treaday, Shingledecker, Ruiz, Peddicord, and Abbott for staff misconduct. Mr. Keal alleged

17   that the officers tacked him while he was in the big yard, injuring his hip, ribs, lower back, and

18   neck. Mr. Keal completed the grievance process on Grievance # 0403488.

19

20   A true and correct copy of Grievance # 0403488 is attached to this Declaration

21   as Attachment F.

22   18.    On February 23, 2004, Mr. Keal filed a grievance, # 0403809, against Officer

23   Neissi for staff misconduct and denial of legal access. Mr. Keal alleged that Officer Neissi

24   refused to deliver Mr. Keal's legal property boxes to his cell.  Mr. Keal completed the

25   grievance process on Grievance # 0403809.

26

DECLARATION OF DEVON SCHRUM -          5          ATTORNEY GENERAL OF WASHINGTON
C05-5737RJB                                              Criminal Justice Division
                                                        West 1116 Riverside Avenue
                                                        Spokane, WA 99201-1194
                                                        (509) 456-3123

1       A true and correct copy of Grievance # 0403809 is attached to this Declaration

2   as Attachment G.

3       19.     On February 24, 2004, Mr. Keal filed a grievance, # 0403975, against ISU staff.

4   No individual staff persons were named in the grievance.  Mr. Keal alleged that he was denied

5   legal access when he was only allowed to view WAC's and DOC Policies during his yard time.

6

7   Mr. Keal completed the grievance process on Grievance # 0403975.

8       A true and correct copy of Grievance # 0403975 is attached to this Declaration

9   as Attachment H.

10      20.     On March 31, 2004, Mr. Keal filed a grievance, # 0406906, against Counselor

11  Avery for staff misconduct and denial of legal access.  Mr. Keal alleged that Counselor Avery

12  refused to allow Mr. Keal to be present when photocopies he requested were made.  Mr. Keal

13  completed the grievance process on Grievance # 0406906.

14

15      A true and correct copy of Grievance # 0406906 is attached to this Declaration

16  as Attachment I.

17      21.     On May 13, 2004, Mr. Keal filed a grievance, # 0409915, against Counselor

18  Avery for staff misconduct, theft, and denial of legal access.  Mr. Keal alleged that Counselor

19  Avery kept some documents given to him by Mr. Keal for photocopying.  Mr. Keal completed

20  the grievance process on Grievance # 0409915.

21

22      A true and correct copy of Grievance # 0409915 is attached to this Declaration

23  as Attachment J.

24      22.     On May 24, 2004, Mr. Keal filed a grievance, # 0410591, against Counselor

25  Avery for denial of legal access.  Mr. Keal alleged that Counselor Avery did not respond to his

26

DECLARATION OF DEVON SCHRUM -            6          ATTORNEY GENERAL OF WASHINGTON
C05-5737RJB                                                      Criminal Justice Division
                                                           West 1116 Riverside Avenue
                                                           Spokane, WA 99201-1194
                                                           (509) 456-3123

1 | requests to make legal copies. Mr. Keal completed the grievance process on Grievance #

2 | 0410591.

3

4 |       A true and correct copy of Grievance # 0410591 is attached to this Declaration as Attachment K.

5

6 |       23.     On June 17, 2004, Mr. Keal filed a grievance, # 0412491, against D. Moore for

7 | denial of legal access. Mr. Keal alleged that he was denied copies of documents in his file

8 | because he was indigent. Mr. Keal completed the grievance process on Grievance # 0412491.

9 |       A true and correct copy of Grievance # 0412491 is attached to this Declaration

10 | as Attachment L.

11 |       24.     On July 26, 2004, Mr. Keal filed a grievance, # 0415168, against Chaplain Peck

12 | for staff misconduct and denial of religious rights. Mr. Keal alleged that he was denied a

13 | private visit with Chaplain Peck in a visiting booth. Mr. Keal completed the grievance process

14 | on Grievance # 0415168.

15

16 |       A true and correct copy of Grievance # 0415168 is attached to this Declaration

17 | as Attachment M.

18 |       25.     On August 23, 2004, Mr. Keal filed a grievance, # 0417532, against Chaplain

19 | Peck for staff misconduct and racial and religious discrimination. Mr. Keal alleged that

20 | Chaplain Peck refused to allow Mr. Keal to visit with the Islamic sponsor in a private visiting

21 | booth. Mr. Keal completed the grievance process on Grievance # 0417532.

22

23 |       A true and correct copy of Grievance # 0417532 is attached to this Declaration

24 | as Attachment N.

25

26

DECLARATION OF DEVON SCHRUM -          7          ATTORNEY GENERAL OF WASHINGTON
C05-5737RJB                                                Criminal Justice Division
                                                           West 1116 Riverside Avenue
                                                           Spokane, WA 99201-1194
                                                           (509) 456-3123

1    26.    On August 30, 2004, Mr. Keal filed a grievance, # 0417983, against Chaplain

2   Peck for staff misconduct and racial and religious discrimination. Mr. Keal alleged that he was

3   denied a Halal diet. Mr. Keal completed the grievance process on Grievance # 0417983.

4
        A true and correct copy of Grievance # 0417983 is attached to this Declaration
5
    as Attachment O.
6

7    27.    On September 14, 2004, Mr. Keal filed a grievance, # 0419139, against

8   Counselor Avery for staff misconduct and denial of legal access.   Mr. Keal alleged that

9   Counselor Avery refused to make a photocopy of Mr. Keal's tort claim. Mr. Keal completed

10   the grievance process on Grievance # 0419139.

11
        A true and correct copy of Grievance # 0419139 is attached to this Declaration
12
    as Attachment P.
13

14   28.    On October 25, 2004, Mr. Keal filed a grievance, # 0421995, against MICC

15   IMU Staff for staff misconduct and deprivation of hygiene. No individual staff persons were

16   named in the grievance. Mr. Keal alleged that he was not allowed to change his undergarments

17   daily. Mr. Keal completed the grievance process on Grievance # 0421995.

18
        A true and correct copy of Grievance # 0421995 is attached to this Declaration
19
    as Attachment Q.
20
     29.    On December 30, 2004, Mr. Keal filed a grievance, # 0427422, against RN
21
    Signor for deprivation of medical treatment and retaliation. Mr. Keal alleged that RN Signor
22
    refused to authorized a snack for Mr. Keal for alleged hypoglycemia. Mr. Keal completed the
23
24   grievance process on Grievance # 0427422.

25

26

1     A true and correct copy of Grievance # 0427422 is attached to this Declaration

2   as Attachment R.

3     30.    On February 7, 2005, Mr. Keal filed a grievance, # 0503105, against Officer

4   Cram for staff misconduct. Mr. Keal alleged that Officer Cram took Mr. Keal's ID card, which

5   caused him to be denied a special diet. Mr. Keal completed the grievance process on

6   Grievance # 0503105.

7

8     A true and correct copy of Grievance # 0503105 is attached to this Declaration

9   as Attachment S.

10    31.    On February 7, 2005, Mr. Keal filed a grievance, # 0503106, against Officer

11  Weed for staff misconduct and retaliatory harassment. Mr. Keal alleged that Officer Weed

12  selectively picked Mr. Keal for searches and making inappropriate comments. Mr. Keal

13  completed the grievance process on Grievance # 0503106.

14

15    A true and correct copy of Grievance # 0503106 is attached to this Declaration

16  as Attachment T.

17    32.    On February 22, 2005, Mr. Keal filed a grievance, # 0504279, against

18  Physicians Assistant Joseph for staff misconduct and denial of adequate medical treatment.

19  Mr. Keal alleged that PA Joseph restricted Mr. Keal from using the gym when he issued him

20  an HSR for a lower bunk. Mr. Keal completed the grievance process on Grievance # 0504279.

21

22    A true and correct copy of Grievance # 0504279 is attached to this Declaration

23  as Attachment U.

24

25

26

33.    On March 7, 2005, Mr. Keal filed a grievance, # 0505490, against Chaplain Duncan for staff misconduct and religious discrimination. Mr. Keal alleged that he was denied Halal meat. Mr. Keal completed the grievance process on Grievance # 0505490.

A true and correct copy of Grievance # 0505490 is attached to this Declaration as Attachment V.

34.    On March 11, 2005, Mr. Keal filed a grievance, # 0505879, against Medical Records Technician Milstead for staff misconduct and denial of legal access. Mr. Keal alleged that he was denied photocopies of his medical records because he was indigent. Mr. Keal completed the grievance process on Grievance # 0505879.

A true and correct copy of Grievance # 0505879 is attached to this Declaration as Attachment W.

35.    On April 4, 2005, Mr. Keal filed a grievance, # 0507811, against medical staff Mallogue, Ellis, and Joseph for staff misconduct and medical indifference. Mr. Keal alleged that he was not properly treated when he had an alleged seizure. Mr. Keal completed the grievance process on Grievance # 0507811.

A true and correct copy of Grievance # 0507811 is attached to this Declaration as Attachment X.

36.    On May 16, 2005, Mr. Keal filed a grievance, # 0511315, against Sergeant Ahrens and Officers Kettle and Munson for staff misconduct, theft, and denial of legal access. Mr. Keal alleged that legal documents were confiscated during a cell search. Mr. Keal completed the grievance process on Grievance # 0511315.

1       A true and correct copy of Grievance # 0511315 is attached to this Declaration

2  as Attachment Y.

3       37.   On May 16, 2005, Mr. Keal filed a grievance, # 0511316, against CBCC

4  mailroom staff for denial of legal access.  Mr. Keal alleged that he was not allowed to send

5  certified return receipt mail.  Mr. Keal completed the grievance process on Grievance #

6  0511316.

7

8       A true and correct copy of Grievance # 0511316 is attached to this Declaration

9  as Attachment Z.

10      38.   On June 13, 2005, Mr. Keal filed a grievance, # 0513728, against CBCC staff

11 for denial of legal access.  Mr. Keal alleged that a legal telephone call was limited to ten

12 minutes.  Mr. Keal completed the grievance process on Grievance # 0513728.

13

14      A true and correct copy of Grievance # 0513728 is attached to this Declaration

15 as Attachment AA.

16      39.   On June 20, 2005, Mr. Keal filed a grievance, # 0514213, against Grievance

17 Coordinator McTarsney for denial of legal access.  Mr. Keal alleged that he was not allowed to

18 make legal photocopies.  Mr. Keal completed the grievance process on Grievance # 0514213.

19

20      A true and correct copy of Grievance # 0514213 is attached to this Declaration

21 as Attachment BB.

22      40.   On June 27, 2005, Mr. Keal filed a grievance, # 0514978, against CBCC staff,

23 2nd shift for denial of legal access.  Mr. Keal alleged that he was not allowed to use the law

24 library on June 25, 2005.  Mr. Keal completed the grievance process on Grievance # 0514978.

25

26

1    A true and correct copy of Grievance # 0514978 is attached to this Declaration

2  as Attachment CC.

3    41.    On July 5, 2005, Mr. Keal filed a grievance, # 0515730, against Medical

4  Director Morgan for failure to supervise, staff misconduct, and denial of medical treatment.

5
   Mr. Keal alleged that he had been neglected by medical staff.  Mr. Keal completed the
6
   grievance process on Grievance # 0515730.
7

8    A true and correct copy of Grievance # 0515730 is attached to this Declaration

9  as Attachment DD.

10   42.    On July 5, 2005, Mr. Keal filed a grievance, # 0515737, against CBCC custody

11 staff for staff misconduct.  Mr. Keal alleged that his health was jeopardized when staff used

12
   OC spray on another offender.  Mr. Keal completed the grievance process on Grievance #
13
   0515737.
14

15   A true and correct copy of Grievance # 0515737 is attached to this Declaration

16 as Attachment EE.

17   43.    On July 22, 2005, Mr. Keal filed a grievance, # 0517311, against Officers Weed

18 and Olekas, Sergeant Banner, and Lieutenant Delong for staff misconduct and retaliation.  Mr.

19
   Keal alleged that he was denied clean linen bedding.  Mr. Keal completed the grievance
20
   process on Grievance # 0517311.
21

22   A true and correct copy of Grievance # 0517311 is attached to this Declaration

23 as Attachment FF.

24   44.    On August 5, 2005, Mr. Keal filed a grievance, # 0518585, against Sergeant

25 Banner and Officer Weed for staff misconduct and retaliation.  Mr. Keal alleged that Officer

26

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

1   Weed read Mr. Keal's legal papers during a cell search.  Mr. Keal completed the grievance

2   process on Grievance # 0518585.

3       A true and correct copy of Grievance # 0518585 is attached to this Declaration

4   as Attachment GG.

5

6   45.   On August 17, 2005, Mr. Keal filed a grievance, # 0519541, against CBCC

7   medical staff for medical indifference.  Mr. Keal alleged that he was not allowed to see a

8   medical doctor for his neck pain.  Mr. Keal completed the grievance process on Grievance #

9   0519541.

10      A true and correct copy of Grievance # 0519541 is attached to this Declaration

11  as Attachment HH.

12  46.   On September 6, 2005, Mr. Keal filed a grievance, # 0520730, against Officer

13  Weed for staff misconduct, retaliatory harassment, threat, and assault.  Mr. Keal alleged that

14  Officer Weed harassed him by searching Mr. Keal's cell, refusing to allow Mr. Keal to take a

15  towel with him, and winking at him during a strip search.  Mr. Keal completed the grievance

16  process on Grievance # 0520730.

17

18      A true and correct copy of Grievance # 0520730 is attached to this Declaration

19  as Attachment II.

20  47.   On September 6, 2005, Mr. Keal filed a grievance, # 0520759, against

21  Associate Superintendent Aldana and Sergeant Ahrens for staff misconduct, discrimination,

22  retaliation, and denial of legal access.  Mr. Keal alleged that he was denied access to the law

23  library.  Mr. Keal completed the grievance process on Grievance # 0520759.

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

1        A true and correct copy of Grievance # 0520759 is attached to this Declaration

2  as Attachment JJ.

3      48.  On October 6, 2005, Mr. Keal filed a grievance, # 0523458, against Chaplain

4  Brill for staff misconduct and religious discrimination.  Mr. Keal alleged that he was not

5
   placed on the list for Ramadan fast and he was not visited during the chaplain rounds.  Mr.
6
7  Keal completed the grievance process on Grievance # 0523458.

8        A true and correct copy of Grievance # 0523458 is attached to this Declaration

9  as Attachment KK.

10     49.  The remaining seventy-two (72) grievances filed by Mr. Keal between May 25,

11 2003, and January 4, 2006, were either deemed not grievable or were not pursued through all

12 levels of appeal by January 4, 2006.
13

14     I declare under penalty of perjury that the foregoing is true and correct.

15

16 6-8-06  Tumwater, Wa

17 (Date and Place)      DEVON SCHRUM

18

19

20

21

22

23

24

25

26

DECLARATION OF DEVON SCHRUM -      14    ATTORNEY GENERAL OF WASHINGTON
C05-5737RJB        Criminal Justice Division
West 1116 Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123

Exhibit 1
Attachment "A"

```
DT21 0 945319                                        05/22/06 09.46.05
   OTSO300                  GRIEVANCE SUMMARY                    PAGE  33
DOC NO: 945319    NAME: KEAL, RONALD H.            STATUS: ACTIVE INMATE
                     CUR LOC: WSP INTENSIVE MGMT
```

|   | COMPLAINT | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACT | LOGID | DATE | TYPE | CAT | AREA-DESC | SPEC-DESC | JUD FAC | LV |
| _ | 0307724 | 04/15/03 | 01 | 09 | 806 LIVING UNIT 6 | 394 MAIL,LGL-IMPEDE | E01 | 0 |
| _ | 0307784 | 04/16/03 | 01 | 02 | 801 LIVING UNIT 1 | 198 FOOD-DIET,MEDIC | E01 | 0 |
| _ | 0307953 | 04/18/03 | 01 | 02 | 801 LIVING UNIT 1 | 527 PROP,P-LEGAL MA | E01 | 2 |
| _ | 0308471 | 04/24/03 | 01 | 02 | 806 LIVING UNIT 6 | 650 SANCTION | E01 | 2 |
| _ | 0309329 | 05/06/03 | 01 | 02 | 806 LIVING UNIT 6 | 531 PROP,P-TRANSFER | E01 | 3 |
| _ | 0310352 | 05/20/03 | 01 | 50 | 521 HEALTH-MEDICAL | 198 FOOD-DIET,MEDIC | S01 | 0 |
| _ | 0311642 | 06/05/03 | 01 | 50 | 689 VISITING/PUBLIC | 294 INFRACT-MAJOR | S01 | 0 |
| _ | 0315034 | 07/25/03 | 01 | 50 | 575 LEGAL LIBRARY | 003 ACCESS | B04 | 2 |
| _ | 0315035 | 07/25/03 | 01 | 02 | 805 LIVING UNIT 5 | 647 RULES | B04 | 0 |
| _ | 0315532 | 07/31/03 | 01 | 02 | 323 ASSOC. SUPERINT | 030 ASSIGN/UNASSIGN | B04 | 0 |
| _ | 0315912 | 08/06/03 | 01 | 50 | 521 HEALTH-MEDICAL | 446 MEDICATION | B04 | 2 |
| _ | 0316307 | 08/11/03 | 01 | 50 | 575 LEGAL LIBRARY | 003 ACCESS | B04 | 0 |

```
OPTIONS: G=GRIEVANCE RECORD    P=PERSONAL CHARACTERISTICS
         ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                             05/22/06 09.46.20
   OTSO300                     GRIEVANCE SUMMARY                    PAGE  34
DOC NO: 945319    NAME: KEAL, RONALD H.              STATUS: ACTIVE INMATE
                     CUR LOC: WSP INTENSIVE MGMT
```

|   | ACT LOGID | COMPLAINT DATE | TYPE | CAT | AREA-DESC | SPEC-DESC | JUD FAC | LV |
|---|-----------|-----------|------|-----|-----------|-----------|---------|----|
| _ | 0316307 | 08/11/03 | 01 | 50 | 575 LEGAL LIBRARY | 003 ACCESS | B04 | 0 |
| _ | 0316759 | 08/19/03 | 01 | 50 | 521 HEALTH-MEDICAL | 420 MEDICAL-DIAGNOS | B01 | 3 |
| _ | 0317388 | 08/25/03 | 01 | 50 | 647 PROPERTY ROOM/S | 527 PROP,P-LEGAL MA | B01 | 3 |
| _ | 0317916 | 08/29/03 | 01 | 50 | 521 HEALTH-MEDICAL | 418 MEDICAL-DENIED | B01 | 1 |
| _ | 0318635 | 09/11/03 | 01 | 02 | 801 LIVING UNIT 1 | 078 CUSTODY/MGMT.LE | B04 | 0 |
| _ | 0318770 | 09/11/03 | 03 | 21 | 801 LIVING UNIT 1 | 722 STAFF-TRAINING | B04 | 3 |
| _ | 0318771 | 09/11/03 | 01 | 02 | 801 LIVING UNIT 1 | 198 FOOD-DIET,MEDIC | B04 | 1 |
| _ | 0318844 | 09/04/03 | 03 | 24 | 521 HEALTH-MEDICAL | 418 MEDICAL-DENIED | B04 | 2 |
| _ | 0318845 | 09/04/03 | 03 | 21 | 801 LIVING UNIT 1 | 722 STAFF-TRAINING | B04 | 3 |
| _ | 0319372 | 09/24/03 | 01 | 02 | 801 LIVING UNIT 1 | 722 STAFF-TRAINING | B04 | 0 |
| _ | 0319373 | 09/24/03 | 03 | 21 | 801 LIVING UNIT 1 | 722 STAFF-TRAINING | B04 | 0 |
| _ | 0319374 | 09/24/03 | 03 | 08 | 801 LIVING UNIT 1 | 722 STAFF-TRAINING | B04 | 0 |

```
OPTIONS: G=GRIEVANCE RECORD      P=PERSONAL CHARACTERISTICS
        ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                              05/22/06 09.46.25
   OTSO300                    GRIEVANCE SUMMARY                       PAGE  35
DOC NO: 945319    NAME: KEAL, RONALD H.              STATUS: ACTIVE INMATE
                     CUR LOC: WSP INTENSIVE MGMT
```

```
            COMPLAINT
ACT LOGID      DATE    TYPE CAT  AREA-DESC              SPEC-DESC         JUD FAC  LV

_ 0319374 09/24/03 03      08   801 LIVING UNIT 1      722 STAFF-TRAINING     B04    0
_ 0319559 09/29/03 03      21   801 LIVING UNIT 1      722 STAFF-TRAINING     B04    0
_ 0319757 09/22/03 03      21   801 LIVING UNIT 1      722 STAFF-TRAINING     B04    0
_ 0319758 09/22/03 03      08   801 LIVING UNIT 1      722 STAFF-TRAINING     B04    0
_ 0319759 09/22/03 03      21   801 LIVING UNIT 1      722 STAFF-TRAINING     B04    0
_ 0322650 11/14/03 01      50   575 LEGAL LIBRARY      489 PHOTOCOPY-LEGAL    B04    0
_ 0322651 11/14/03 01      50   653 RECORDS/IDENTIF    574 RECORDS INACCUR    B04    1
_ 0322653 11/14/03 01      08   805 LIVING UNIT 5      394 MAIL,LGL-IMPEDE    B04    0
_ 0323402 11/25/03 01      50   521 HEALTH-MEDICAL     003 ACCESS            E01    1 ⸺
_ 0400094 01/05/04 03      21   805 LIVING UNIT 5      722 STAFF-TRAINING     B04    0
_ 0401019 01/12/04 01      02   808 LIVING UNIT 8      561 PUBLIC DISCLOSU   E01    0
_ 0402710 02/06/04 01      50   521 HEALTH-MEDICAL     003 ACCESS            E01    2 ⸺
OPTIONS: G=GRIEVANCE RECORD    P=PERSONAL CHARACTERISTICS
         ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                                05/22/06 09.46.30
   OTSO300                    GRIEVANCE SUMMARY                      PAGE  36
DOC NO: 945319    NAME: KEAL, RONALD H.               STATUS: ACTIVE INMATE
                      CUR LOC: WSP INTENSIVE MGMT


              COMPLAINT
  ACT LOGID      DATE   TYPE CAT   AREA-DESC            SPEC-DESC       JUD FAC  LV

  _ 0402710 02/06/04 01      50    521 HEALTH-MEDICAL  003 ACCESS          E01   2
  _ 0402905 02/09/04 01      50    521 HEALTH-MEDICAL  430 MEDICAL-INADEQU E01   0
  _ 0403387 02/17/04 01      50    479 FOOD SERVICES D 198 FOOD-DIET,MEDIC E01   0
  _ 0403488 02/17/04 03      21    804 LIVING UNIT 4   984 PHYSICAL ABUSE/ E01   3
  _ 0403809 02/23/04 01      02    804 LIVING UNIT 4   527 PROP,P-LEGAL MA E01   3
  _ 0403810 02/20/04 01      50    479 FOOD SERVICES D 198 FOOD-DIET,MEDIC E01   0
  _ 0403975 02/24/04 01      02    804 LIVING UNIT 4   005 ACCESS-POLICY,W E01   3
  _ 0406582 03/29/04 01      50    479 FOOD SERVICES D 194 FOOD-DIET BAG(M E04   1
  _ 0406905 03/31/04 01      02    801 LIVING UNIT 1   527 PROP,P-LEGAL MA E04   1
  _ 0406906 03/31/04 01      02    801 LIVING UNIT 1   489 PHOTOCOPY-LEGAL E04   3
  _ 0406986 04/02/04 01      50    521 HEALTH-MEDICAL  446 MEDICATION      E04   1
  _ 0407112 04/05/04 01      50    479 FOOD SERVICES D 194 FOOD-DIET BAG(M E04   1
  OPTIONS: G=GRIEVANCE RECORD       P=PERSONAL CHARACTERISTICS
              ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                              05/22/06 09.46.35
    OTSO300                    GRIEVANCE SUMMARY                      PAGE  37
DOC NO: 945319    NAME: KEAL, RONALD H.              STATUS: ACTIVE INMATE
                     CUR LOC: WSP INTENSIVE MGMT


          COMPLAINT
ACT LOGID      DATE    TYPE CAT   AREA-DESC            SPEC-DESC        JUD FAC  LV


 _ 0407112 04/05/04 01      50    479 FOOD SERVICES D 194 FOOD-DIET BAG(M    E04   1
 _ 0407113 04/05/04 01      02    801 LIVING UNIT 1   610 RELIGIOUS FREED    E04   0
 _ 0408759 04/28/04 01      50    653 RECORDS/IDENTIF 152 EARNED/GOOD TIM    E04   0
 _ 0408760 04/28/04 01      51    801 LIVING UNIT 1   789 VENTILATION        E04   0
 _ 0409915 05/13/04 01      08    801 LIVING UNIT 1   489 PHOTOCOPY-LEGAL    E04   3
 _ 0410591 05/24/04 01      08    801 LIVING UNIT 1   489 PHOTOCOPY-LEGAL    E04   3
 _ 0412491 06/17/04 01      50    653 RECORDS/IDENTIF 489 PHOTOCOPY-LEGAL    E04   3
 _ 0415168 07/26/04 01      50    341 CHAPLAIN/CHAPEL 147 DISCRIM-RELIGIO    E04   3
 _ 0417532 08/23/04 01      50    341 CHAPLAIN/CHAPEL 147 DISCRIM-RELIGIO    E04   3
 _ 0417895 08/27/04 01      02    801 LIVING UNIT 1   610 RELIGIOUS FREED    E04   0
 _ 0417982 08/30/04 01      50    479 FOOD SERVICES D 204 FOOD-DIET,VEGET    E04   0
 _ 0417983 08/30/04 01      50    341 CHAPLAIN/CHAPEL 200 FOOD-DIET,RELIG    E04   3
OPTIONS: G=GRIEVANCE RECORD       P=PERSONAL CHARACTERISTICS
           ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                          05/22/06 09.46.41
   OTSO300                    GRIEVANCE SUMMARY                  PAGE  38
DOC NO: 945319    NAME: KEAL, RONALD H.            STATUS: ACTIVE INMATE
                  CUR LOC: WSP INTENSIVE MGMT
```

```
            COMPLAINT
ACT LOGID     DATE    TYPE CAT   AREA-DESC          SPEC-DESC       JUD FAC  LV

_ 0417983 08/30/04 01    50   341 CHAPLAIN/CHAPEL 200 FOOD-DIET,RELIG   E04   3
_ 0419139 09/14/04 01    02   801 LIVING UNIT 1   489 PHOTOCOPY-LEGAL   E04   3
_ 0420536 10/04/04 01    50   479 FOOD SERVICES D 194 FOOD-DIET BAG(M   E04   1
_ 0421755 10/21/04 01    50   521 HEALTH-MEDICAL  069 CORRESP, NO RES   I04   0
_ 0421760 10/21/04 01    50   521 HEALTH-MEDICAL  069 CORRESP, NO RES   I04   0
_ 0421995 10/25/04 01    02   813 LIVING UNIT 13  539 PROP,S-CLOTHING   I04   3
_ 0423203 11/08/04 01    50   521 HEALTH-MEDICAL  418 MEDICAL-DENIED    I01   2
_ 0427422 12/30/04 01    50   521 HEALTH-MEDICAL  722 STAFF-TRAINING    B04   3
_ 0500293 01/04/05 01    02   805 LIVING UNIT 5   224 FOOD-SERVING PR   B04   1
_ 0500371 01/05/05 01    02   050 DIV. OF PRISONS 030 ASSIGN/UNASSIGN   B04   0
_ 0501693 01/14/05 01    02   805 LIVING UNIT 5   529 PROP,P-LOST/STO   B01   2
_ 0501694 01/14/05 01    02   801 LIVING UNIT 1   769 TELEPHONE         B01   2
OPTIONS: G=GRIEVANCE RECORD     P=PERSONAL CHARACTERISTICS
         ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                            05/22/06 09.46.46
   OTSO300                   GRIEVANCE SUMMARY                    PAGE  39
DOC NO: 945319    NAME: KEAL, RONALD H.              STATUS: ACTIVE INMATE
                        CUR LOC: WSP INTENSIVE MGMT
```

|   | ACT LOGID | DATE | TYPE | CAT | AREA-DESC | SPEC-DESC | JUD | FAC | LV |
|---|-----------|------|------|-----|-----------|-----------|-----|-----|-----|
|   | | | | | COMPLAINT | | | | |
| _ | 0501694 | 01/14/05 | 01 | 02 | 801 LIVING UNIT 1 | 769 TELEPHONE | | B01 | 2 |
| _ | 0503105 | 02/07/05 | 01 | 02 | 425 CUSTODY-SEARCH | 284 ID/NAME TAG | | B01 | 3 |
| _ | 0503106 | 02/07/05 | 03 | 22 | 425 CUSTODY-SEARCH | 284 ID/NAME TAG | | B01 | 3 |
| _ | 0503172 | 02/07/05 | 01 | 50 | 521 HEALTH-MEDICAL | 446 MEDICATION | | B04 | 0 |
| _ | 0503348 | 02/09/05 | 01 | 50 | 521 HEALTH-MEDICAL | 446 MEDICATION | | B01 | 0 |
| _ | 0503349 | 02/07/05 | 01 | 50 | 521 HEALTH-MEDICAL | 418 MEDICAL-DENIED | | B01 | 0 |
| _ | 0503923 | 02/17/05 | 03 | 21 | 801 LIVING UNIT 1 | 434 MEDICAL-RESTRIC | | B01 | 0 |
| _ | 0503924 | 02/17/05 | 01 | 02 | 010 DEPT. OF CORREC | 041 CASE MANAGEMENT | | B01 | 0 |
| _ | 0504278 | 02/22/05 | 01 | 50 | 521 HEALTH-MEDICAL | 722 STAFF-TRAINING | | B01 | 0 |
| _ | 0504279 | 02/22/05 | 01 | 50 | 521 HEALTH-MEDICAL | 434 MEDICAL-RESTRIC | | B01 | 3 |
| _ | 0505490 | 03/07/05 | 01 | 50 | 341 CHAPLAIN/CHAPEL | 196 FOOD-DIET LINE | | B01 | 3 |
| _ | 0505879 | 03/11/05 | 01 | 50 | 545 HEALTH-RECORDS | 487 PHOTOCOPY-INDIG | | B01 | 3 |

```
OPTIONS: G=GRIEVANCE RECORD     P=PERSONAL CHARACTERISTICS
          ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                              05/22/06 09.46.49
   OTSO300                    GRIEVANCE SUMMARY                      PAGE  40
DOC NO: 945319    NAME: KEAL, RONALD H.              STATUS: ACTIVE INMATE
                      CUR LOC: WSP INTENSIVE MGMT


           COMPLAINT
  ACT LOGID    DATE    TYPE CAT   AREA-DESC            SPEC-DESC        JUD FAC   LV

  _ 0505879 03/11/05 01    50   545 HEALTH-RECORDS   487 PHOTOCOPY-INDIG    B01    3
  _ 0507811 04/04/05 03    24   521 HEALTH-MEDICAL   424 MEDICAL-EMERGEN    B04    3
  _ 0509011 04/18/05 01    50   461 DISCIPLINARY HE  298 INFRACT-DISCIPL    B04    0
  _ 0509012 04/18/05 01    02   419 CUSTODY-INVESTI  722 STAFF-TRAINING     B04    0
  _ 0509307 04/21/05 01    02   805 LIVING UNIT 5    022 AD. SEG. STATUS    B04    0
  _ 0509308 04/21/05 03    21   803 LIVING UNIT 3    663 SEARCH-CELL/ROO    B01    2
  _ 0509865 04/28/05 03    21   805 LIVING UNIT 5    980 HARASSMENT         B04    0
  _ 0510091 05/02/05 01    02   805 LIVING UNIT 5    050 CELL/ROOM-CONFI    B04    0
  _ 0510289 05/02/05 01    02   677 SUPERINTENDENT   030 ASSIGN/UNASSIGN    B04    0
  _ 0510697 05/06/05 01    02   677 SUPERINTENDENT   269 HAZARDOUS MATER    B04    0
  _ 0510830 05/10/05 01    02   677 SUPERINTENDENT   022 AD. SEG. STATUS    B04    0
  _ 0511315 05/16/05 01    02   805 LIVING UNIT 5    663 SEARCH-CELL/ROO    B04    3
  OPTIONS: G=GRIEVANCE RECORD     P=PERSONAL CHARACTERISTICS
            ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                            05/22/06 09.46.53
   OTSO300                    GRIEVANCE SUMMARY                    PAGE  41
DOC NO: 945319   NAME: KEAL, RONALD H.            STATUS: ACTIVE INMATE
                      CUR LOC: WSP INTENSIVE MGMT


              COMPLAINT
ACT LOGID      DATE   TYPE CAT  AREA-DESC            SPEC-DESC        JUD FAC  LV

_ 0511315 05/16/05 01    02    805 LIVING UNIT 5   663 SEARCH-CELL/ROO   B04   3
_ 0511316 05/16/05 01    50    587 MAIL ROOM       394 MAIL,LGL-IMPEDE   B04   3
_ 0512544 05/31/05 01    50    647 PROPERTY ROOM/S 394 MAIL,LGL-IMPEDE   B04   0
_ 0513097 06/06/05 01    50    587 MAIL ROOM       391 MAIL-OTHER        B04   0
_ 0513728 06/13/05 01    02    805 LIVING UNIT 5   345 LEGAL TELEPHONE   B04   3
_ 0514213 06/20/05 03    24    497 GRIEVANCE OFFIC 489 PHOTOCOPY-LEGAL   B04   3
_ 0514978 06/27/05 01    50    575 LEGAL LIBRARY   003 ACCESS            B04   3
_ 0515728 07/05/05 01    02    805 LIVING UNIT 5   359 LIBRARY-OTHER     B04   0
_ 0515729 07/05/05 01    02    805 LIVING UNIT 5   143 DISCRIMINATION    B04   0
_ 0515730 07/05/05 01    50    521 HEALTH-MEDICAL  436 MEDICAL-SICK CA   B04   3
_ 0515733 07/05/05 01    02    805 LIVING UNIT 5   048 CELL-RELEASE/EN   B04   0
_ 0515737 07/05/05 01    02    805 LIVING UNIT 5   444 MEDICAL-OTHER     B04   3
OPTIONS: G=GRIEVANCE RECORD     P=PERSONAL CHARACTERISTICS
          ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                           05/22/06 09.46.58
   OTSO300                   GRIEVANCE SUMMARY                   PAGE  42
DOC NO: 945319    NAME: KEAL, RONALD H.            STATUS: ACTIVE INMATE
                     CUR LOC: WSP INTENSIVE MGMT


            COMPLAINT
 ACT LOGID     DATE   TYPE CAT  AREA-DESC           SPEC-DESC      JUD FAC  LV

 _ 0515737 07/05/05 01    02    805 LIVING UNIT 5   444 MEDICAL-OTHER   B04   3
 _ 0517311 07/22/05 01    02    805 LIVING UNIT 5   323 LAUNDRY-OTHER   B04   3
 _ 0518585 08/05/05 03    21    805 LIVING UNIT 5   980 HARASSMENT      B04   3
 _ 0519541 08/17/05 01    50    521 HEALTH-MEDICAL  418 MEDICAL-DENIED  B04   3
 _ 0519948 08/23/05 01    02    805 LIVING UNIT 5   980 HARASSMENT      B04   0
 _ 0520730 09/06/05 03    21    801 LIVING UNIT 1   980 HARASSMENT      B04   3
 _ 0520757 09/06/05 01    02    801 LIVING UNIT 1   323 LAUNDRY-OTHER   B04   2
 _ 0520759 09/06/05 01    50    575 LEGAL LIBRARY   003 ACCESS          B04   3
 _ 0521233 09/12/05 03    21    801 LIVING UNIT 1   984 PHYSICAL ABUSE/ B04   0
 _ 0523458 10/06/05 01    50    341 CHAPLAIN/CHAPEL 200 FOOD-DIET,RELIG S04   3
 _ 0524470 10/18/05 01    50    689 VISITING/PUBLIC 805 VISIT-DENIED/CA S04   0
 _ 0525032 10/25/05 01    50    689 VISITING/PUBLIC 805 VISIT-DENIED/CA S04   0
OPTIONS: G=GRIEVANCE RECORD     P=PERSONAL CHARACTERISTICS
         ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                          05/22/06 09.47.02
   OTSO300                  GRIEVANCE SUMMARY                   PAGE  43
DOC NO: 945319    NAME: KEAL, RONALD H.          STATUS: ACTIVE INMATE
                  CUR LOC: WSP INTENSIVE MGMT


          COMPLAINT
ACT LOGID     DATE   TYPE CAT   AREA-DESC            SPEC-DESC       JUD FAC  LV


 _ 0525032 10/25/05 01    50   689 VISITING/PUBLIC 805 VISIT-DENIED/CA   S04    0
 _ 0526751 11/17/05 01    02   801 LIVING UNIT 1   551 PROP,S-SHOES/BO   S04    0
 _ 0529209 12/19/05 01    50   653 RECORDS/IDENTIF 487 PHOTOCOPY-INDIG   S01    2
 _ 0529288 12/20/05 03    21   810 LIVING UNIT 10  722 STAFF-TRAINING    S04    3
 _ 0601654 01/20/06 01    02   801 LIVING UNIT 1   230 FOOD-OTHER        E04    3
 _ 0601957 01/25/06 01    50   521 HEALTH-MEDICAL  446 MEDICATION        E04    1
 _ 0601959 01/25/06 01    02   801 LIVING UNIT 1   527 PROP,P-LEGAL MA   E04    3
 _ 0602140 01/27/06 01    02   801 LIVING UNIT 1   078 CUSTODY/MGMT.LE   E04    0
 _ 0602287 01/30/06 01    02   801 LIVING UNIT 1   720 STAFF-IDENTIFIC   E04    0
 _ 0602602 02/02/06 01    50   521 HEALTH-MEDICAL  444 MEDICAL-OTHER     E04    0
 _ 0602604 02/02/06 01    02   801 LIVING UNIT 1   653 SANITATION        E04    0
 _ 0602605 02/02/06 01    02   801 LIVING UNIT 1   489 PHOTOCOPY-LEGAL   E04    0
OPTIONS: G=GRIEVANCE RECORD      P=PERSONAL CHARACTERISTICS
            ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                        05/22/06 09.47.05
  OTSO300                    GRIEVANCE SUMMARY                 PAGE  44
DOC NO: 945319    NAME: KEAL, RONALD H.          STATUS: ACTIVE INMATE
                     CUR LOC: WSP INTENSIVE MGMT
```

```
                COMPLAINT
ACT LOGID      DATE   TYPE CAT  AREA-DESC           SPEC-DESC        JUD FAC  LV

_ 0602605 02/02/06 01    02   801 LIVING UNIT 1   489 PHOTOCOPY-LEGAL    E04   0
_ 0605313 03/08/06 01    02   801 LIVING UNIT 1   230 FOOD-OTHER         E04   1
_ 0605673 03/13/06 01    02   801 LIVING UNIT 1   489 PHOTOCOPY-LEGAL    E04   1
_ 0605779 03/13/06 01    02   419 CUSTODY-INVESTI 345 LEGAL TELEPHONE    E04   0
_ 0606031 03/16/06 01    50   587 MAIL ROOM       398 MAIL,LGL-SEARCH    E04   0
_ 0606036 03/16/06 01    02   801 LIVING UNIT 1   359 LIBRARY-OTHER      E04   0
_ 0607420 04/04/06 01    50   521 HEALTH-MEDICAL  446 MEDICATION         E04   1
_ 0607861 04/10/06 01    50   521 HEALTH-MEDICAL  446 MEDICATION         E04   1
_ 0608267 04/13/06 01    50   521 HEALTH-MEDICAL  418 MEDICAL-DENIED     E04   0
_ 0609605 05/02/06 01    50   479 FOOD SERVICES D 196 FOOD-DIET LINE     E04   1
_ 0609606 05/01/06 01    50   341 CHAPLAIN/CHAPEL 619 RELIG. SERVICES    E04   1
_ 0610029 05/08/06 01    02   801 LIVING UNIT 1   489 PHOTOCOPY-LEGAL    E04   1
OPTIONS: G=GRIEVANCE RECORD     P=PERSONAL CHARACTERISTICS
         ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

```
DT21 0 945319                                               05/22/06 09.47.09
   OTSO300                      GRIEVANCE SUMMARY                     PAGE  45
DOC NO: 945319    NAME: KEAL, RONALD H.               STATUS: ACTIVE INMATE
                        CUR LOC: WSP INTENSIVE MGMT


            COMPLAINT
 ACT LOGID     DATE   TYPE CAT  AREA-DESC          SPEC-DESC        JUD FAC  LV

 _ 0610029 05/08/06 01    02    801 LIVING UNIT 1  489 PHOTOCOPY-LEGAL  E04   1
 _ 0610030 05/08/06 03    08    801 LIVING UNIT 1  976 EXTORTION/BLACK  E04   2
 _ 0610178 05/09/06 01    50    587 MAIL ROOM      391 MAIL-OTHER       E04   1
```

OPTIONS: G=GRIEVANCE RECORD    P=PERSONAL CHARACTERISTICS
         ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE

# Exhibit 1
# Attachment "B"

LOG I.D. NUMBER
0316759



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

CHECK ONE. ☐ INITIAL GRIEVANCE, ☑ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**OFFENDER COMPLAINT**

RESIDENTIAL FACILITIES: Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved  Be as brief as possible but include the necessary facts  A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| Keal | Ron | H. | 945319 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| | | CBCC | C-B-03 |

COMMUNITY SUPERVISION: Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY/STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

I WANT TO GRIEVE: Medical Allen Hayter for OFFICIAL STAFF Misconduct / Medical Indifference on 8-18-03 At 10:05 Am sick call when being seen by Mr. Hayter. I asked why my 8-13-03 HSR for my diet has No concentrated sweets but no HS snack All due to documented history by numerous dietitians and medical staff of severe Hypoglycemia. He stated that every other medical personnel (including Doctors) have made a mistake and other than my word, there is no documentation of Hypoglycemia, when questioning him as to whether he had contacted Diane Marx At (WSP) who directed me to refer them to her, 5 prior HSR's, and specific dates of numerous low blood sugar testing. He refused to acknowledge these documented facts and walked out of the office, Thus, Refusing me treatment by Attempting to order staff to see me out of medical, Mr. Hayter is not a Dietitian, a medical practitioner or Doctor. He is a pharmacist who is far from qualified and is placing my life in danger or severe injury. my blood sugar between night and morning drops extremely low between 18-60; which is well documented as I come from a family of diabetics. Trading, borrowing, loaning is against policy therefore I can not obtain proper supplement to sustain an adequate blood sugar level. This is a risk to not only my health but the security of the institution as symptoms may render me unconscious, hot/cold flashes, shakes, blurred vision, which also leaves one as myself vulnerable.

SUGGESTED REMEDY:   I am requesting my diet w/ HS snack adequate medical treatment. There is no dietitian At CBCC...

MANDATORY        SIGNATURE        8-18-03 DATE

---

**GRIEVANCE COORDINATOR'S RESPONSE**

| LOCATION CODE | DATE RECEIVED |
|---|---|
| CBCC B01 | 8-19-03 |

Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout sheet on _____
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting is needed.
(See below.) Return within five (5) days or by:
Due Date: _____
☐ No rewrite received  Date: _____

EXPLANATION: Spoke to medical. No hypoglicemia at this point. Shift LT Notified will stand through Normal grievance Process

| INITIAL COMPLAINT OBTS INFORMATION | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 50 | 521 | 420 | 08 | 09 | 8-19-03 | |

LOG I.D. NUMBER

/s/ ELLIS, MICHAEL 08/29/05

03167759

**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

**LEVEL 1 – INITIAL GRIEVANCE
NIVEL 1 - QUEJA INICIAL**



| NAME    LAST    FIRST    MIDDLE | DOC NUMBER | FACILITY/ FACILIDAD | UNIT/CELL |
| NOMBRE  APELLIDO  PRIMER NOMBRE  2DO NOMBRE | NUMERO DOC | | UNIDAD/CELDA |
| KEAL,       RONALD       H. | 945319 | CBCC | CB-03 |

| COMMUNITY CORRECTIONS OFFICE | DATE TYPED | PART B – OBTS INFORMATION INFORMACIÓN DE OBTS | | |
| OFICINA DE CORRECCIONES EN LA COMUNIDAD | FECHA ESCRITA 08/19/03 | REMEDY/REMEDIO | RESOLUTION/RESOLUCION | PENDING/PENDIENTE |

PART A – INITIAL GRIEVANCE/ PARTE A – QUEJA INICIAL                    Response due/Respuesta requerida en _____

**I WANT TO GRIEVE:** Medical Allen Hayter for official staff misconduct/Medical indifference on 8-18-03 at 10.05 am sick call when being seen by Mr. Hayter  I asked why my 8-13-03 HSR for my diet has no concentrated sweets but no Hs snack all due to documented history by numerous dietitians and medical staff of severe hypoglycemia  He stated that every other medical personel (including doctors) have measde a mistake and other than my word, there is no documentation of hypolglycemia  When questioning him as to whether he had contacted Dian Marx at (WSP) who directed me to refer them to her, 5 prior HSR's, and specific dates of numerous low blood sugar testing  He refused to acknowledge these documented facts and walked out of the office  Thus, refusing me treatment by attempting to order staff to see me out of medical  Mr Hayter is not a dietitian, a medical practitioner, or doctor  He is a pharmacist who is far from qualified and is placing my life in danger or sever injury.  My blood sugar between night and morning drops extremely low between 18-60's which is well documented as I come from a family of diabetics.  Trading, borrowing, loaning is against policy therefore I can not obtain proper supplement to sustain an adequate blood sugar level  This is a risk to not only my health but the security of the institution as symptoms may render me unconscious, hot/cold shakes, blurred vision, which also leaves one as myself vulnerable

**SUGGESTED REMEDY:** I am requesting my diet w/Hs snack adequate medical treatment  There is no dietitian at CBCC.... RONALD KEAL UCC-1-207 without prejudice

| GRIEVANCE COORDINATOR SIGNATURE | DATE | GRIEVANT SIGNATURE | DATE |
| FIRMA DE COORDINADOR DE QUEJAS | FECHA | FIRMA DE QUEJANTE | FECHA |

---

PART B – LEVEL I RESPONSE / PARTE B RESPUESTA PRIMER NIVEL

D. Sims RN researched your grievance.  Mr. Sims states;

On 07/24/03 P.A. Ellis wrote you an HSR to report to Medical for a blood sugar check when you fell that it is low. On 08-19-03 she extended your HSR for another month.

Please use the HSR so we can document your problem and determine an appropriate treatment.

| GRIEVANCE COORDINATOR SIGNATURE | 9-8-03 |
| COOINADOR DE QUEJAS | DATE FECHA |

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta
respuesta fue recibida

**1. GRIEVANCE PROGRAM MANAGER — GERENTE DEL PROGRAMA DE QUEJAS**



**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

**APPEAL TO LEVEL II
APELACIÓN AL 2DO NIVEL**

| NAME:  LAST NOMBRE: APELLIDO<br>**KEAL,** | FIRST PRIMER NOMBRE<br>**RONALD** | MIDDLE 2DO NOMBRE | DOC NUMBER NUMERO DOC<br>**945319** | FACILITY, FACILIDAD<br>**CBCC** | UNIT/CELL UNIDAD/CELDA<br>**EA-03** | LOG I.D. # # DE MANDATO<br>**0316759** |
|---|---|---|---|---|---|---|

| COMMUNITY CORRECTIONS OFFICE OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED FECHA ESCRITA<br>**09/15/03** | PART B – OBTS INFORMATION INFORMACION DE OBTS | | |
|---|---|---|---|---|
| | | REMEDY/REMEDIO<br>*04* | RESOLUTION/RESOLUCION<br>*05* | PENDING/PENDIENTE |

PART A – APPEAL TO LEVEL II/PARTE A – APPELACIÓN AL 2DO NIVEL          Response due/Respuesta requirida en _____

**I WANT TO GRIEVE:** Medical Allen Hayter for official staff misconduct/medical indifference on 8-18-03 at 10:05AM... This is in response to level on grievance-on or about 9-2-03 when seeing Mr. Hayter at sick call I was told that no where in my medical records were there any documentation of hypoglycemia other than my word in my files. This is blatant lie! When referring him to dieticians Madelyn Neff and Diane Marx as well as other notes he proceeded to tell me that he was more authorized to give a dietary diagnosis being higher in the medical field than them both. He went on to state that Ms. Marx gives unnecessary diets and was not well trained in her field. Prior to this when in general population between 8-14-03 and 8-26-03 at medical when he alleged not documentation I showed him in my records Aug. of 200 at (WSR) Sept. & Oct. of 2001 at (WSP). He immediately jumped up requesting the staff escort me from medical as a very unprofessional show of behavior once truth revealed. I have been tested numerous times by numerous dietitian coming up w/ the same diagnosis (hypoglycemia). Appropriate treatment has already been diagnosed prior to arrival at CBCC-RN Sims has not truly investigated nor has he consulted W/any prior dieticians in order to approximate their diagnosis. CBCC Med. Staff are negligently operating.

/S/ KEAL, RONALD 09/15/03

| GRIEVANCE COORDINATOR SIGNATURE FIRMA DE COORDINADOR DE QUEJAS | DATE FECHA<br>9-15-03 | GRIEVANT SIGNATURE FIRMA DE QUEJANTE | DATE FECHA |
|---|---|---|---|

PART B – LEVEL II RESPONSE / PARTE B RESPUESTA 2DO NIVEL

Sharon Morgan, Health Care Manager, investigated your grievance. During the investigation your health record was reviewed.

The information gathered indicates that your laboratory blood tests from previous institutions, as well as those performed at CBCC have indicated normal glucose levels, and urinalysis have indicated no sugar or blood in your urine. You have been provided with an HSR, to allow a nurse to perform a blood test any time you feel you have symptoms of hypoglycemia. Follow up with Dr. Hopfner will occur in the near future, and you can also utilize the sick call process if you have concerns.

No further action is anticipated.

| SUPERINTENDENT, WORK RELEASE SUPERVISOR, FIELD ADMINISTRATOR SIGNATURE SUPERINTENDENTE, _____ | DATE FECHA<br>10/22/03 |
|---|---|

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received.
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida.

**1. GRIEVANCE PROGRAM MANAGER-GERENTE DEL PROGRAMA DE QUEJAS**

**RECEIVED**



STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

NOV 0 6 2003

DEPARTMENT OF CORRECTIONS
CENTRAL GRIEVANCE OFFICE

**APPEAL TO LEVEL III**
**APELACIÓN AL 3ER NIVEL**

| NAME: LAST<br>NOMBRE: APELLIDO | FIRST<br>PRIMER NOMBRE | MIDDLE<br>2DO NOMBRE | DOC NUMBER<br>NUMERO DOC | FACILITY,<br>FACILIDAD | UNIT/CELL<br>UNIDAD/CELDA | LOG I.D. #<br># DE MANDATO |
|---|---|---|---|---|---|---|
| KEAL, | RONALD | H. | 945319 | CBCC | EH-05 | 0316759 |

| COMMUNITY CORRECTIONS OFFICE<br>OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED<br>FECHA ESCRITA<br>11/03/03 | PART B – OBTS INFORMATION INFORMACIÓN DE OBTS | | |
|---|---|---|---|---|
| | | REMEDY/REMEDIO<br>08 | RESOLUTION/RESOLUCION<br>04 | PENDING/PENDIENTE |

**PART A – APPEAL TO LEVEL III/PARTE A – APELACIÓN AL 3ER NIVEL**

<u>I WANT TO GRIEVE</u>: medical Allan Hayter for official staff misconduct/medical indifference on 8-18-03 at 10:05pm and continuing.

Ms. Sharon Morgan's response in fact fraudulent my medical records show numerous episodes of hypglycemia documented from 1999 up to even at this facility w/a glucose level of (18) tested by RN Long. If there was no blood in my urine why does the test on 8-25-03 w/J. Joseph 7:00am show blood in my urine. Then I find it quite interesting that it took over 2 months for an investigation into this medical problem which shows negligence by delay of treatment yet, there still has been none. Simply because there may not have been blood on the day Ms. Morgan requested tests, does not mean there was not or hasn't been blood in urine before or since only at that moment.

<u>SUGGESTED REMEDY:</u>

| GRIEVANCE COORDINATOR SIGNATURE<br>FIRMA DECOORDINADOR DE QUEJAS | DATE 11-3-03<br>FECHA | /s/ KEAL, RONALD 11/03/03<br>GRIEVANT SIGNATURE<br>FIRMA DE QUEJANTE | DATE<br>FECHA |
|---|---|---|---|

**PART B – LEVEL III RESPONSE / PARTE B - RESPUESTA 3ER NIVEL**

I have reviewed your initial grievance as well as all subsequent appeals and responses. The Medical Director at DOC Headquarters also reviewed this matter.

The medical staff reviewed your blood sugar levels in the chart and found them to be normal. They gave you a Health Status Report (HSR) so that you can present to the nurse immediately if you have symptoms that suggest low blood sugar. Finally, they are providing follow up care for this issue. Though the staff was unable to find the low blood sugars in the past that you allege, even if they were to find them, nothing would change in medical care. What is important is that the medical staff looked for, and did not find, any current evidence of low blood sugar or risk to you.

I concur with the previous responses.

| | DATE 11-26-3<br>FECHA |
|---|---|
| OCO DEPUTY SECRETARY/DESIGNEE<br>SUBSECRETARIO DE LA OCO/DESIGNADO | |

DOC 05-169 E/S (3/99) OCO

DOC 550 100

**1. GRIEVANCE PROGRAM MANAGER — GERENTE DEL PROGRAMA DE QUEJAS**

# Exhibit 1
# Attachment "C"

*Emergency Issue due to time restrictions in Court and the confiscation of my legal property.*

LOG I.D. NUMBER
0317388



**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

**OFFENDER COMPLAINT**

CHECK ONE ☑ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

RESIDENTIAL FACILITIES: Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME | LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|---|
| | KEAL | Ron | H. | 945319 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| | | CBCC | C-8-03  E-Unit |

COMMUNITY SUPERVISION: Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY/STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

I WANT TO GRIEVE *Property c/o Brown for staff misconduct/denial of legal access in violation to D.O.C. 590.500 - 1 on 8-20-03 I, was called over to the property room and told that I would have to break my legal paperwork/documentation down to 2 boxes. This is violating my rights to access to the courts as all the documents pertain to current court filings in the U.S. District Court, 9th Cir. court of Appeals, Division II Court of appeals, and Exhibits for a current lawsuit being constructed. There has been no law established nor promulgated authority cited which can deprive me of legal access to the court or preparation of litigation. Basicly my legal property has been confiscated as an attempt to have me send it out thus, further blatantly depriving me of legal access to the court by capricious and unlawful means.*

SUGGESTED REMEDY *My legal property! Proper legal access to the Court!*

MANDATORY ___Donald Keal UCC 1-207 without prejudice___   8-22-03
SIGNATURE                                DATE

---

| GRIEVANCE COORDINATOR'S RESPONSE | LOCATION CODE | DATE RECEIVED |
|---|---|---|
| | C8C ( B01 | 8-25-03 |

Your complaint is being returned because:
☑ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout sheet on _____.
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting is needed.
(See below.) Return within five (5) days or by:
Due Date: _____
☐ No rewrite received. Date: _____

EXPLANATION: _____

| | INITIAL COMPLAINT OBTS INFORMATION | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 50 | 647 | 527 | 08 | 09 | 8-25-03 | |

DOC 05-165 (Rev. 10/2000) OCO / POL      **1.   GRIEVANCE PROGRAM MANAGER**      DOC 550.100

LOG I.D. NUMBER

0317388



**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

**LEVEL 1 – INITIAL GRIEVANCE
NIVEL 1 - QUEJA INICIAL**

| NAME NOMBRE | LAST APELLIDO | FIRST PRIMER NOMBRE | MIDDLE 2DO NOMBRE | DOC NUMBER NUMERO DOC | FACILITY/ FACILIDAD | UNIT/CELL UNIDAD/CELDA |
|---|---|---|---|---|---|---|
| | KEAL, | RONALD | H. | 945319 | CBCC | EA 03 L CB-02 |

| COMMUNITY CORRECTIONS OFFICE OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED FECHA ESCRITA 08/25/03 | PART B – OBTS INFORMATION INFORMACION DE OBTS | | |
|---|---|---|---|---|
| | | REMEDY/REMEDIO 08 | RESOLUTION/RESOLUCION 09 | PENDING/PENDIENTE |

PART A – INITIAL GRIEVANCE/ PARTE A – QUEJA INICIAL        Response due/Respuesta requienda en _____

**I WANT TO GRIEVE:** Property C/O Brown for staff misconduct/denial of legal access in violation to D O C 590.500  on 8-20-03 I was called over to the property room and told that I would have to break my legal paper work/documentation down to 2 boxes   This is violating my rights to access to the courts as all the documents pertain to current court films in the U S  District Court, 9th Cir  Court of Appeals, Division II Court of appeals, and exhibits for a current lawsuit being constructed   There has been on law established nor promulgated authority cited which can deprive me of legal access to the court or preparation of litigation   Basically my legal property has been confiscated as an attempt to have me send it out thus, further blatantly depriving me of legal access to the court by capricious and unlawful means.

**SUGGESTED REMEDY:** My legal Property! Proper legal access to the court!

| _X. Schultz_ | 9-9-03 | without prejudice UCC-1-207 _RONALD KEAL_ | 9-9-03 |
|---|---|---|---|
| GRIEVANCE COORDINATOR SIGNATURE FIRMA DE COORDINADOR DE QUEJAS | DATE FECHA | GRIEVANT SIGNATURE FIRMA DE QUEJANTE | DATE FECHA |

**PART B – LEVEL I RESPONSE / PARTE B RESPUESTA PRIMER NIVEL**

I spoke to C/O Brown concerning your complaint.

She stated that is all that's allowed per policy.

| _R. L. Schultz_ | 9-15-03 |
|---|---|
| GRIEVANCE COORDINATOR SIGNATURE COOINADOR DE QUEJAS | DATE FECHA |

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida

DOC 05-166 E/S (Rev. 10/2000) POL                                                                 DOC 550 100

**1. GRIEVANCE PROGRAM MANAGER — GERENTE DEL PROGRAMA DE QUEJAS**



STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**APPEAL TO LEVEL II**
**APELACIÓN AL 2DO NIVEL**

| NAME: LAST NOMBRE. APELLIDO<br>**KEAL,** | FIRST PRIMER NOMBRE<br>**RONALD** | MIDDLE 2DO NOMBRE<br>**H.** | DOC NUMBER NUMERO DOC<br>**945319** | FACILITY, FACILIDAD<br>**CBCC** | UNIT/CELL UNIDAD/CELDA<br>**EA-03** | LOG I.D. # # DE MANDATO<br>**0317388** |
|---|---|---|---|---|---|---|

| COMMUNITY CORRECTIONS OFFICE OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED FECHA ESCRITA<br>**09/29/03** | **PART B – OBTS INFORMATION.INFORMACION DE OBTS** | | |
|---|---|---|---|---|
| | | REMEDY/REMEDIO | RESOLUTION/RESOLUCION | PENDING/PENDIENTE |
| | | 08 | 04 | |

PART A – APPEAL TO LEVEL II/PARTE A – APPELACIÓN AL 2DO NIVEL    Response due/Respuesta requerida en _____

**I WANT TO GRIEVE:** property C/O Brown for staff misconduct/denial of legal access in violation to DOC 590.500(A)-(E) on 8-20-03. The level 1 response is inadequate and cites no relevant or presiding DOC, DOP, RCW, WAC, or case law. I have missed a 9-12-03 deadline in the US District Court case no. C03-5296 FDB causing injurious damage. Simply stating C/O Brown says that's all that is allowed per policy is not enough. Those boxes contain documentation pertaining to present active cases.

**SUGGESTED REMEDY:** my legal boxes – an apology and statement/affidavit for the court due to the obstruction of legal access to the court.

**/s/ KEAL, RONALD H 09/29/03**

| GRIEVANCE COORDINATOR SIGNATURE FIRMA DE COORDINADOR DE QUEJAS | DATE FECHA<br>9-29-03 | GRIEVANT SIGNATURE FIRMA DE QUEJANTE | DATE FECHA |
|---|---|---|---|

PART B – LEVEL II RESPONSE / PARTE B RESPUESTA 2DO NIVEL

Sgt. Buttram investigated your grievance. During the investigation he interviewed C/O Prater-Brown and I/M Keal. Also policy 590.500 was reviewed. The information gathered indicates that you cannot have all your legal work with you while you are in IMU. However, if you are working on an active case then you must follow the proper procedures to obtain access to your legal work. After being released from IMU, you are allowed in your cell at any given time two boxes of legal work. You must talk to your counselor to make arrangements for the storage of any excess boxes of legal work. I find no misconduct on behalf of C/O Prater-Brown. There will be no further action taken.

| SUPERINTENDENT, WORK RELEASE SUPERVISOR, FIELD ADMINISTRATOR SIGNATURE SUPERINTENDENTE, | DATE FECHA<br>10-31-03 |
|---|---|

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received.
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida.

DOC 05-168 E/S (3/99) OCO

DOC 550.100

**1. GRIEVANCE PROGRAM MANAGER-GERENTE DEL PROGRAMA DE QUEJAS**

**RECEIVED**



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

NOV 1 7 2003

DEPARTMENT OF CORRECTIONS
CENTRAL GRIEVANCE OFFICE

**APPEAL TO LEVEL III**
**APELACIÓN AL 3ER NIVEL**

| NAME: LAST NOMBRE: APELLIDO | FIRST PRIMER NOMBRE | MIDDLE 2DO NOMBRE | DOC NUMBER NUMERO DOC | FACILITY, FACILIDAD | UNIT/CELL UNIDAD/CELDA | LOG I.D. # # DE MANDATO |
|---|---|---|---|---|---|---|
| KEAL, | RONALD | H. | 945319 | CBCC | EH-05 | 0317388 |

| COMMUNITY CORRECTIONS OFFICE OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED FECHA ESCRITA 11/10/03 | PART B – OBTS INFORMATION.INFORMACION DE OBTS | | |
|---|---|---|---|---|
| | | REMEDY/REMEDIO ΧΧ | RESOLUTION/RESOLUCION ΟΥ | PENDING/PENDIENTE |

**PART A – APPEAL TO LEVEL III/PARTE A – APELACIÓN AL 3ER NIVEL**

**I WANT TO GRIEVE:** property C/O Brown for staff misconduct/denial of legal access in violation to DOC 590.500 on 8-20-03 up to today and beyond. In reply to your level 2 response from Assoc. Supt. Kathleen Kaatz – he response is inadequate I have produced documentation recently yet, still have not been provided access to my legal documents especially the (3) legal boxes confiscated by C/O Brown which has caused me to miss a few deadlines. One in particular was on 9-12-03 Dist. Crt. #C03-5296FDB therefore, how can Ms. Kaatz say that there has been no misconduct by C/O Brown when I have suffered injurious damage to my case due to the fact that she has held my legal documents pertinent to my case?  Furthermore, she knows that I will not be going back to general population for i am pending transfer and still being denied access to the courts.

**SUGGESTED REMEDY:**

/s/ KEAL, RONALD 11/10/03

| GRIEVANCE COORDINATOR SIGNATURE FIRMA DECOORDINADOR DE QUEJAS | DATE FECHA 11-10-03 | GRIEVANT SIGNATURE FIRMA DE QUEJANTE | DATE FECHA |

**PART B – LEVEL III RESPONSE / PARTE B - RESPUESTA 3ER NIVEL**

I have reviewed your initial grievance as well as all subsequent appeals and responses.  You have provided no new information or evidence that would cause me to amend the previous responses.

There is nothing to support your allegation that the institution or any staff denied you access to your legal property.  You were allowed access to legal property within policy limitations. You did not demonstrate that those policy limitations affected your reasonable access to the courts.

I concur with the previous responses.

| OCO DEPUTY SECRETARY/DESIGNEE SUBSECRETARIO DE LA OCO/DESIGNADO | DATE FECHA 11-26-03 |

DOC 05-169 E/S (3/99) OCO

DOC 550.100

**1. GRIEVANCE PROGRAM MANAGER — GERENTE DEL PROGRAMA DE QUEJAS**