UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD AND DEBORAH KEAL,

Plaintiffs,

v.

STATE OF WASHINGTON *et al.*,

Defendants.

Case No. C05-5737RJB

ORDER ON PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiffs are proceeding *in forma pauperis*. (Dkt. # 4). Before the court is plaintiff's motion to supplement a response in opposition to a motion to dismiss. (Dkt. # 159). Prior to this motion being ripe for review a Report and Recommendation granting in part and denying in part the motion to dismiss was entered. Accordingly the motion to supplement the record is **DENIED.**

The local rules allow for the filing of a motion, a response, and a reply. The filing of additional pleadings is prejudicial to the opposing party as the ability to address the supplemental pleadings does not exist under the local rules.

The clerk is directed to send a copy of this order to plaintiff and counsel for defendants.

DATED this 13th day of September, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 1