UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD AND DEBORAH KEAL,

    Plaintiffs,

  v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C05-5737RJB

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 169) and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiffs' Emergency Motion for a Temporary Restraining Order (Dkt. 158) is **DENIED.**

(3)     The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record, to any party appearing *pro se* at said party's last known address, and to the Hon. J. Kelley Arnold.

    DATED this 16th day of October, 2006.

                                              Robert J Bryan
                                              United States District Judge

ORDER - 1