UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD AND DEBORAH KEAL,

Plaintiffs,

v.

STATE OF WASHINGTON *et al.*,

Defendants.

Case No. C05-5737RJB

ORDER DENYING AN EXTENSION OF TIME TO CONDUCT DISCOVERY

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiffs are proceeding *in forma pauperis.* (Dkt. # 4). Before the court is plaintiff's motion for an extension of time to conduct discovery (Dkt. #182). Plaintiffs ask for a 90 day extension of time.

A scheduling order was issued in this action on March 21st, 2006 (Dkt. # 86). That order gave the parties just over seven months to conduct discovery and warned the parties that certain forms of discovery had to be served thirty days before the discovery cut off date of October 27th, 2006 (Dkt. # 86).

On October 19th, 2006, just eight days before the discovery cutoff date, plaintiff moves for a 90 day extension of time. Plaintiff argues he is in solitary confinement, has limited access to a law

ORDER - 1

1  library, and discovery in this case was stayed for 41 days (Dkt. # 182-2).

2      Plaintiff does not show the court what steps he has taken to obtain discovery or that
3  additional time is warranted.  As to the 41 days when discovery was supposed to be stayed by court
4  order, the record shows plaintiff engaged in discovery during this time frame (Dkt. # 164).

5      Plaintiff has not shown good cause for extending the discovery deadline, and the motion is
6  **DENIED.**

7      The clerk is directed to send a copy of this order to plaintiff and counsel who have appeared
8  in the case and remove docket number 182 from the courts calendar.

10     DATED this 16th day of November, 2006.

13                                        */S/ J. Kelley Arnold*
                                          J. Kelley Arnold
14                                           United States Magistrate Judge

28 ORDER - 2