UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD AND DEBORAH KEAL,

Plaintiffs,

v.

STATE OF WASHINGTON *et al.*,

Defendants.

Case No. C05-5737RJB

ORDER DECLINING TO IMPOSE SANCTIONS/COSTS

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). On October 2nd, 2006 the court entered an order denying a motion to compel and ordering plaintiff to show cause why sanctions should not be imposed (Dkt. # 177). The order invited defendant Ellis to submit a bill of costs (Dkt. # 177).

Plaintiffs responded on October 12th, 2006 with a "Motion to show cause" (Dkt. # 180). The court has reviewed plaintiffs filing. Plaintiffs explain their position. The court declines to impose sanctions in this instance. Defendant Ellis submitted a motion for costs in compliance with the courts request (Dkt. # 186). Consistent with the court's ruling on the issue of sanctions, the motion for costs is denied.

The clerk is directed to send a copy of this order to plaintiff and counsel for defendants and remove (Dkt. # 180 and 186) from the court calendar.

DATED this 20th day of November, 2006.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 1