UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD AND DEBORAH KEAL,

  Plaintiffs,

  v.

STATE OF WASHINGTON *et al.*,

  Defendants.

Case No. C05-5737RJB

ORDER GRANTING
DEFENDANT'S MOTION
TO FILE AN OVER
LENGTH BRIEF

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is a motion to file an over length summary judgment motion (Dkt. # 199). The motion is filed by the 38 defendants represented by the Washington State Attorney General's Office. These defendants have filed a summary judgment motion totaling 50 pages (Dkt. # 204). The number of defendants involved and complexity of the issues provide good cause for the over length document. The motion is **GRANTED.**

The clerk is directed to send a copy of this order to plaintiff and counsel for defendants and remove (Dkt. # 199) from the court calendar.

DATED this 27th day of November, 2006.

  */S/ J. Kelley Arnold*
  J. Kelley Arnold
  United States Magistrate Judge

ORDER - 1