UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD AND DEBORAH KEAL,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON *et al.*,<br><br>Defendants. | Case No. C05-5737RJB<br><br>ORDER RESETTING DEADLINES |

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiffs are proceeding *in forma pauperis.* (Dkt. # 4).

On March 23, 2007, the Honorable Robert J. Bryan entered an order that gave defendants until April 6, 2007, to file additional briefing (Dkt. # 252 pages 18 and 19). While defendants complied with that order, the document filed April 6, 2007, did not transmit electronically and was unreadable (Dkt. # 253). On April 25, 2007, Defendants were directed to re-file the pleading. They complied with that order.

On it's own motion the court extends the plaintiff's time for filing a response until **May 18, 2007.** Any reply defendants wish to file must be filed on or before **May 25, 2007**. The court will

ORDER - 1

1 | consider this matter on **May 25, 2007**.

2 | The clerk is directed to send a copy of this order to plaintiff and counsel for defendants and
3 | to note the **May 25, 2007,** date on the court's calendar.

5 | DATED this 1 day of May, 2007.

8 | /S/ *J. Kelley Arnold*
  | J. Kelley Arnold
9 | United States Magistrate Judge

28 | ORDER - 2