# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD AND DEBORAH KEAL                    JUDGMENT IN A CIVIL CASE

    v.

STATE OF WASHINGTON, et al.                CASE NUMBER: C05-5737RJB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    The Court ADOPTS the Report and Recommendation, Dkt #259. Claims regarding a use of force on 11/17/03, are unexhausted and are DISMISSED WITHOUT PREJUDICE. The plaintiffs having failed to properly serve Defendants Munden and Moore or to show good cause for failing to effect service when ordered to do so, the claims against these defendants are DISMISSED WITHOUT PREJUDICE.

July 12, 2007                              BRUCE RIFKIN
                                           Clerk

                                           /s/Dara L. Kaleel
                                           By Dara L. Kaleel, Deputy Clerk